NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABDULLAH RASHEED, | No. C 10-04128 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| WARDEN McELROY, et al., | |
| Defendant. | |

On September 14, 2010, Plaintiff, a state prisoner, filed a complaint under 42 U.S.C. § 1983. On the same day, the clerk of the Court sent Plaintiff a notice that his complaint was deficient because he had failed to file an In Forma Pauperis Application or pay the filing fee. (Docket No. 2.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. (Id.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

DATED: 11/22/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Rasheed04128_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

        Plaintiff,

  v.

WARDEN McELROY, et al.,

        Defendants.

Case Number: CV10-04128 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/29/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Abdullah Rasheed J74120
California State Prison Sacramento
P.O. Box 290066
B2-132-L
Represa, CA 95671-0066

Dated: 11/29/10

                                        Richard W. Wieking, Clerk